LYDIA MILLER, *Appellant, v.* THOMAS McBLAIN, *Executor, etc., Respondent.* — Judgment affirmed. Opinion by BARKER, J.

REGINA ZORN, *Respondent, v.* JOSEPH ZORN, *Appellant.* — So much of the order as grants the weekly allowance reversed with leave to renew, and the remainder of the order affirmed, without costs to either party. Opinion by BARKER, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* DENNISON JONES and ROGER WILLIAMS, *Appellants, v.* LEVY SHAUL and others, *as Referees, etc., Respondents.* — Order affirmed on the opinion of VANN, J., at Special Term, with ten dollars costs and disbursements.

PATRICK CROWLEY, *Appellant, v.* ROBERT MILLER, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.

ADOLPHUS ST. PETER, *Appellant, v.* SILAS F. SMITH, *Respondent.* — Judgment affirmed. Opinion by HARDIN, J.

STEPHEN F. BOWLING, *Appellant, v.* JOAB L. CLIFT, *as sole Survivor, etc., Respondent.* — Judgment affirmed. Opinion by BARKER, J.

DANIEL O. SALMON, *Respondent, v.* PHILANDER FOBES, *Appellant.* — Judgment reversed and a new trial ordered before another referee, costs to abide event, unless the plaintiff stipulates to reduce the judgment as indicated in the opinion, in which case the judgment as so modified is affirmed, with costs to the respondent. Opinion by SMITH, P. J.

MARY OYER and another, *Respondents, v.* SIMON OYER, *Appellants, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by HARDIN, J.